UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**GEMINI HOLMES (#338244)**

**VERSUS**

**SGT. DAVIS, ET AL.**

**CIVIL ACTION**

**NO. 17-0638-JWD-EWD**

## **O P I N I O N**

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report dated October 11, 2017, to which no objection was filed:

**IT IS ORDERED** that this matter is transferred to the Western District of Louisiana for further proceedings.

**IT IS FURTHER ORDRED** that a determination regarding Plaintiff's entitlement to proceed as a pauper herein be deferred to the transferee court for resolution and disposition.

Signed in Baton Rouge, Louisiana, on November 1, 2017.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**